McGREGOR W. SCOTT
United States Attorney
ROBERT J. ARTUZ
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:18-MJ-00191-CKD |
| Plaintiff, | AMENDED STIPULATION FOR EXTENSION OF TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(D) AND EXCLUSION OF TIME AND [~~PROPOSED~~] FINDINGS AND ORDER |
| v. | |
| MATTHEW CORE and TONI TINAY, | |
| | DATE: December 13, 2018 |
| Defendants. | TIME: 2:00 p.m. |
| | COURT: Hon. Allison Claire |

Plaintiff United States of America, by and through its attorney of record, Special Assistant U.S. Attorney ROBERT J. ARTUZ, and Defendant, Toni Tinay, both individually and by and through her counsel of record, Noa Oren, hereby stipulate as follows:

1. The Complaint in this case was filed on September 21, 2018, and Defendant Toni Tinay first appeared before a judicial officer of the Court in which the charges in this case were pending on September 25, 2018. Defendant Matthew Core is not yet in federal custody and a warrant is out for his arrest. The court set a preliminary hearing date of December 13, 2018.

2. By a previous stipulations and orders, the Court continued the preliminary hearing date from October 9, 2018, to November 15, 2018, and again to December 13, 2018, and excluded time. ECF 9 & 14.

3. By this third stipulation, the parties jointly move for an additional extension of time of

STIPULATION 1

| | |
|---|---|
| 1 | the preliminary hearing date to January 25, 2019, at 2:00 p.m., before the duty Magistrate Judge, |
| 2 | pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure. The parties stipulate that the delay is |
| 3 | required to allow the defense reasonable time for preparation, and for the government's collection and |
| 4 | production of discovery and continuing investigation of the case. For example, the government is |
| 5 | continuing to collect and provide discovery relevant to this case. Defense counsel needs additional time |
| 6 | to review and consider all the evidence and to conduct further investigation. The parties further agree |
| 7 | that the interests of justice served by granting this continuance outweigh the best interests of the public |
| 8 | and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). |

4. The parties agree that good cause exists for the extension of time, and that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases. Therefore, the parties request that the time between December 13, 2018, and January 25, 2019, be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

IT IS SO STIPULATED.

Dated: December 10, 2018                                   McGREGOR W. SCOTT
                                                           United States Attorney

                                                           /s/ ROBERT J. ARTUZ
                                                           ROBERT J. ARTUZ
                                                           Special Assistant U.S. Attorney

Dated: December 10, 2018                                   /s/ NOA OREN
                                                           NOA OREN
                                                           Assistant Federal Defender
                                                           Counsel for Defendant
                                                           Toni Tinay

STIPULATION                                   2

| 1  | McGREGOR W. SCOTT |
|    | United States Attorney |
| 2  | ROBERT J. ARTUZ |
|    | Special Assistant U.S. Attorney |
| 3  | 501 I Street, Suite 10-100 |
|    | Sacramento, CA 95814 |
| 4  | Telephone: (916) 554-2700 |
|    | Facsimile:  (916) 554-2900 |
| 5  | |
| 6  | Attorneys for Plaintiff |
|    | United States of America |
| 7  | |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:18-MJ-00191-CKD |
|---|---|
| Plaintiff, | AMENDED [PROPOSED] FINDINGS AND ORDER EXTENDING TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d) AND EXCLUDING TIME |
| v. | |
| MATTHEW CORE and TONI TINAY, | DATE: December 13, 2018 TIME: 2:00 p.m. COURT: Hon. Allison Claire |
| Defendants. | |

The Court has read and considered the Stipulation for Extension of Time for Preliminary Hearing Pursuant to Rule 5.1(d) and Exclusion of Time, filed by the parties in this matter on December 10, 2018. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates good cause for an extension of time for the preliminary hearing date pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure.

Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The Court further finds that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The date of the preliminary hearing is extended to January 25, 2019, at 2:00 p.m.

2. The time between December 13, 2018, and January 25, 2019, shall be excluded from calculation pursuant to 18 U.S.C. § 3161(h)(7)(A).

3. Defendants shall appear at that date and time before the Magistrate Judge on duty.

IT IS SO ORDERED.

DATED: December 11, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

[Proposed] Findings and Order

2